SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GWENDOLINE BANGO-HLONGWA )<br>CCNV Federal City Shelter )<br>425 2nd Street, N.W. )<br>Washington, D.C. 20001, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>LaTANAU SCOTT )<br>Deputy Clerk )<br>United States District Courthouse )<br>Washington, D.C. )<br>   )<br>   Defendant. )<br>_____) | Civil Action No. 2007 CA 005000 |

NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION

TO:  GWENDOLINE BANGO-HLONGWA
     CCNV Federal City Shelter
     425 2nd Street, N.W.

PLEASE TAKE NOTICE that on August 31, 2007, Defendant filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KAREN L. MELNIK, D.C. BAR #436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Filing of Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

> GWENDOLINE BANGO-HLONGWA
> CCNV Federal City Shelter
> 425 2nd Street, N.W.
> Washington, D.C. 20001

on this 31st day of August, 2007.

Karen L. Melnik
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWENDOLINE BANGO-HLONGWA )<br>CCNV Federal City Shelter )<br>425 2nd Street, N.W. )<br>Washington, D.C. 20001, )<br>         )<br>        Plaintiff, )<br>         )<br>   v.    )<br>         )<br>LaTANAU SCOTT )<br>Deputy Clerk )<br>United States District Courthouse )<br>Washington, D.C. )<br>         )<br>        Defendant. )<br>_____ ) | Civil Action No. 07cv_____ |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant respectfully notifies the Court as follows:

1. Defendant LaTanau Scott is named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No.2007 CA 005000, entitled <u>Gwendoline Bango-Hlongwa v. LaTanau Scott</u>.

2. The above-entitled action was filed on July 17, 2007, in the D.C. Superior Court. Neither the United States Attorney's Office for the District of Columbia nor the Attorney General has been properly served pursuant to Fed. R. Civ. P. 4(i). A copy of the Summons and Complaint are attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 2679(d)(1), a certification of the scope of employment is concurrently filed with this Notice of Removal and, therefore, effecting the substitution of the

United States as the sole federal defendant in this action as to any common law claims Plaintiff may be seeking against Defendant LaTanau Scott. See Exhibit B.

4.      Plaintiff alleges dissatisfaction with the treatment she received from the deputy clerk in connection with a matter Plaintiff filed in the United States District Court for the District of Columbia. Specifically, Plaintiff alleges that the deputy clerk misled her and lied to her, and committed forgery.

5.      This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since Plaintiff's action against Defendant is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 2679(d)(2).

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KAREN L. MELNIK, D.C. BAR #436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

GWENDOLINE BANGO-HLONGWA
CCNV Federal City Shelter
425 2nd Street, N.W.
Washington, D.C. 20001

on this 31st day of August, 2007.

Karen L. Melnik
Assistant United States Attorney

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Gwendoline BANGO-Hlongwa
c/o Federal City Shelter
2nd and D Street NW
Washington DC 20001

**Plaintiff**

vs.

RECEIVED
Civil Clerk's Office
JUL 17 2007
Superior Court of the
District of Columbia
Washington, D.C.

CIVIL ACTION NO. 0005000-07

1. Jeannie Scott
   Deputy Clerk
   United States District Court-House
   District of Columbia

> 333 Constitution Ave N.W
  Washington DC 20001

**Defendants**

### COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Since from 3/8/07 Ms Scott has mis heard me, lied, in holding my case - law-suits to be filed in the court use told me diffrent stories called the Judges office find out about the case I was told they never heard them. Even signed one document in front of me with narouble Judge Colleen Kollar-Kotelly signature, forgery!

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 5000, 00 with interest and costs.

Phone: (202) 393-1904

**DISTRICT OF COLUMBIA, SS**

Gwendoline Bango-Hlongwa, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Gwendoline Bango-Hlongwa
(Plaintiff / Agent)

Subscribed and sworn to before me this 17 day of July 20 07.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

GENDOLINE BANGO-HLONGWA
CCNV Federal City Shelter
425 2nd Street, NW
Washington DC 20001 **Plaintiff**

vs.

A JANAU SCOTT
NANCY MAYER-WHITTINGTON, Clerk
Deputy Clerk
United States District Court House **Defendant**

Civil Action No. 0005000-07

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

GWENDOLINE BANGO-HLONGWA
Name of Plaintiff's Attorney

425 2nd Street, NW
Address
CCNV Federal City Shelter

(202) 393-1909
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 07/17/07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

# Superior Court of the District of Columbia

## CIVIL DIVISION

Gwendoline BANGO-Hlongwa
425 2nd Street, NW
Washington DC - 20001           **Plaintiff(s)**
                vs.
LA JANAU Scott
Deputy Clerk, United States
District Court-House,           **Defendant(s)**
D.C.

Case No. __0005000-07__

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the __Gwendoline BANGO-Hlongwa__ and respectfully request this honorable court to allow them to proceed without prepayment of costs for the following reason(s):

Ms. LA Janau Scott has lied to me, abused her power, told me different stories about my Law-Suit, with her information to the Judge went & forged a Judge Signature Honorable Colleen Kollar-Kotelly & lied about my cause dismissed called the Judges to find out

Printed name: Gwendoline BANGO-Hlongwa
Signature: G. Hlongwa
Address: 425 2nd St NW, Washington DC 20001
Home phone no. (202) 343-1909
Business phone no.

## CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, postage prepaid, on __07/18/__, 20 __007__

To:
Name: LA JANAU SCOTT
Address: 333 Constitution Ave, NW
Washington, DC 20001

Signature: G. Hlongwa

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

She has endangered me cause I had file for R.T.O through D.C. US Court house - against Mt Sinai Hospital while they were trying to kill.

Signature: G. Hlongwa

Form CV(B)-1805/Apr.88                                                   6-2968 (ed-277)

# Superior Court of the District of Columbia

## CIVIL DIVISION

Gwendoline Bango-Mangwa
425 2nd Street NW Washington DC
20001

**Plaintiff(s)**

vs.

La Jannu Scott
333 Constitution Ave, NW
Washington DC 20001

**Defendant(s)**

Case No. ~~0005000-07~~

0005000-07

### MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the __Gwendoline Bango-Mangwa__ and respectfully request this honorable court to allow them to proceed without prepayment of costs for the following reason(s):

Since I have escaped Miami in January nothing has been resolved & I am still waiting for the Government to arrest all these people. & I have been unable to work due to these Investor & Companies that I am suing bugging me & disturbing me & even with my accommodation

Printed name: Gwendoline Bango-Mangwa
Signature: G. Mangwa
Address: 425 2nd Street NW Washington DC 20001
Home phone no. (202) 393-1909
Business phone no.

### CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, postage prepaid, on _____, 20____.

To:
Name: La Jannu Scott
Address: 333 Constitution Ave, NW Washington DC 20001

Name:
Address:

Signature: G. Mangwa

### POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

She has caused a lot of damage. I filed a R.T.O against Mt Sinai Hospital for trying to kill spreading rumours about & always escalating around me all the time.

Signature: G. Mangwa

Form CV(6)-1806/Apr.88  8-2968 (rev. 0-277)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GWENDOLINE BANGO-HLONGWA )
CCNV Federal City Shelter )
425 2nd Street, N.W. )
Washington, D.C. 20001, )
)
      Plaintiff, )
)
      v. )   Civil Action No. 07cv_____
)
LaTANAU SCOTT )
Deputy Clerk )
United States District Courthouse )
Washington, D.C. )
)
      Defendant. )
_____)

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Gwendoline Bango-Hlongwa v. LaTanau Scott</u>, No. 2007 CA 005000 (Super Ct. DC filed July 17, 2007), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that the named federal defendant – LaTanau Scott – was acting within the scope of her employment as an employee of the United States at the time of the alleged incidents.

August 31, 2007

                                                     _____
                                                     RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                     Assistant United States Attorney
                                                     Chief, Civil Division

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Gwendoline Bango-Hlongwa
425 2nd Street, N.W.
Wash. D.C. 20001

## DEFENDANTS
LaTanau Scott
United States District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Washington, D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Washington, D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ● F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ● 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
Federal Tort Claims Act - plaintiff alleges wrongdoing by the deputy clerk of a United States District Court judge

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint  JURY DEMAND: YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐  NO ☐   If yes, please complete related case form.

DATE August 31, 2007   SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.