UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWENDOLINE BANGO-HLONGWA ) <br> CCNV Federal City Shelter ) <br> 425 2nd Street, N.W. ) <br> Washington, D.C. 20001, ) <br> ) <br>      Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> LaTANAU SCOTT ) <br> Deputy Clerk ) <br> United States District Courthouse ) <br> Washington, D.C. ) <br> ) <br>      Defendant. ) <br> _____) | Civil Action No. 07 cv 1555 (RMU) |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610


_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the    District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Defendant's Praecipe, was sent via first class mail on the 10th day of September, 2007, to the following:

Ms. Gwendoline Bango-Hlongwa
CCNV Federal City Shelter
425 2nd Street, N.W.
Washington, D.C. 20001

/s/
Karen L. Melnik
Assistant United States Attorney