## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GWENDOLINE BANGO-HLONGWA | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 07-1555 (RMU) |
| | : | |
| v. | : | Document No.:   3 |
| | : | |
| LA TANAU SCOTT, | : | |
| Deputy Clerk – U.S. District Courthouse | : | |
| | : | |
| Defendant. | : | |

## MEMORANDUM ORDER

### GRANTING THE DEFENDANT'S MOTION TO DISMISS

The plaintiff has failed to oppose the motion; the court deems this failure a concession of the motion. LCvR 7(b); Fox v. American Airlines, Inc., 389 F.3d 1291, 1295 (D.C. Cir. 2004) ("as we have often observed, '[w]here the district court relies on the absence of a response as a basis for treating the motion as conceded, we honor its enforcement of the rule'").  Thus, the court grants the defendant's motion to dismiss.

Accordingly, it is this 12th day of October, 2007,

**ORDERED** that the defendant's motion to dismiss is hereby **GRANTED.**

**SO ORDERED.**

RICARDO M. URBINA<br>
United States District Judge